**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Peter Michael Guevara,                                        Civ. No. 26-1501 (JWB/LIB)

        Plaintiff,

v.                                                                          **ORDER ACCEPTING**
                                                                        **REPORT AND RECOMMENDATION**
Andrew Hull, *Ph.D.*,                                        **OF MAGISTRATE JUDGE**

        Defendant.

---

United States Magistrate Judge Leo I. Brisbois issued a Report and

Recommendation ("R&R") on July 21, 2026. (Doc. No. 14.) No objections have been

filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed

for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir.

1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and

proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The July 21, 2026 Report and Recommendation (Doc. No. 14) is

**ACCEPTED**.

2.      Plaintiff Peter Michael Guevara's Amended Complaint (Doc. No. 8) is

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

3.      Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is

**DENIED as moot**.

4.      Plaintiff's motion for an order directing the custodial facility to provide a

certified inmate trust account statement (Doc. No. 3) is **DENIED as moot**.

5.      Plaintiff's motion to update official mailing address (Doc. No. 7) is

**DENIED as moot**.

6.      Plaintiff is directed to pay the unpaid balance ($340.85) of the statutory

filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the

Clerk of Court is directed to provide notice of this requirement to the authorities at the

institution where Plaintiff is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 12, 2026                    *s/ Jerry W. Blackwell*
                                         JERRY W. BLACKWELL
                                         United States District Judge